IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION
CASE NUMBER: 11-81093
CHAPTER 13

IN RE:
 ARNOLD RAYE BALDWIN AND
 ANGELIA G. BALDWIN

NOTICE OF APPEARANCE PURSUANT
TO BANKRUPTCY RULE 9010 (b) and
REQUEST FOR NOTICES UNDER
BANKRUPTCY RULE 2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216

as counsel for Select Portfolio Servicing Servicer for The Bank of New York Mellon, f/k/a The Bank of New York Trust Company N.A., as successor to JPMorgan Chase Bank N.A. (f/k/a The Chase Manhattan Bank), as trustee for the holders of the GRMT Mortgage Pass-Through Certificates, Series 2001-1 ("Select Portfolio Servicing"), a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
NC Bar # 34199

### CERTIFICATE OF SERVICE

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

John T. Orcutt
6616-203 Six Forks Rd.
Raleigh, NC 27615

This the 8th day of July, 2011

*s/ Kimberly A. Sheek*
Kimberly A. Sheek
Shapiro & Ingle, L.L.P.
NC Bar # 34199

11-017715